UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Thomas G Green | Bankruptcy No. 23-13685-AMC |
| Debtor | |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2. The within case was commenced by the filing of a Chapter 13 petition on 12/05/2023.

3. This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to appear at the meeting of creditors required by 11 U.S.C. Section 341(a).

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded plan, in that the total filed proofs of claim which are to be paid through the plan exceed the value of the proposed plan.

WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 04/02/2024                                        Respectfully submitted,

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trusteee
P.O. Box 40837
Philadelphia, PA  19107
Telephone: (215) 627-1377