UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas Green<br>              Debtor<br>Ashley L. Heinemann<br>Lise Heinemann<br>Karl Heinemann<br>              Co-Debtors<br><br>Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>v.<br><br>Thomas Green<br>Ashley L. Heinemann<br>Lise Heinemann<br>Karl Heinemann<br>Kenneth E. West<br>              Respondents | CASE NO.: 23-13685-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: May 14, 2024 at 11:00AM<br><br>Objection Deadline: April 9, 2024 |

### **CERTIFICATION OF NO OBJECTION**

I, Lauren M. Moyer, Esquire, Counsel for that Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, hereby certify that no answer has been served or filed to the Motion for Relief from Automatic Stay filed on March 26, 2024 at Docket No. 23. A Default Order may be entered.

Dated: May 9, 2024

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas Green<br>              Debtor<br>Ashley L. Heinemann<br>Lise Heinemann<br>Karl Heinemann<br>              Co-Debtors<br>Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>v.<br><br>Thomas Green<br>Ashley L. Heinemann<br>Lise Heinemann<br>Karl Heinemann<br>Kenneth E. West<br>              Respondents | CASE NO.: 23-13685-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: May 14, 2024 at 11:00AM<br><br>Objection Deadline: April 9, 2024 |

## CERTIFICATE OF SERVICE

I, Lauren M. Moyer, Esq., certify that on May 9, 2024, I caused to be served a true copy of the annexed **CERTIFICATION OF NO OBJECTION** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated: May 9, 2024

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

Thomas Green
35 Jolly Lane
Levittown, PA 19055
Bankruptcy Debtor

Ashley L. Heinemann
35 Jolly Lane
Levittown, PA 19055
Bankruptcy Debtor

Lise Heinemann
35 Jolly Lane
Levittown, PA 19055
Bankruptcy Co-Debtor

Karl Heinemann
35 Jolly Lane
Levittown, PA 19055
Bankruptcy Co-Debtor

Brad J. Sadek
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102
Debtor's Attorney

Kenneth E. West
1234 Market Street , Suite 1813
Philadelphia, PA 19107
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building, 900 Market Street , Suite 320
Philadelphia, PA 19107
United States Trustee

**Service by First-Class Mail**

Thomas Green
35 Jolly Lane
Levittown, PA 19055
Bankruptcy Debtor

Ashley L. Heinemann
35 Jolly Lane
Levittown, PA 19055
Bankruptcy Debtor

Lise Heinemann
35 Jolly Lane
Levittown, PA 19055
Bankruptcy Co-Debtor

Karl Heinemann
35 Jolly Lane
Levittown, PA 19055
Bankruptcy Co-Debtor